UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ENRIQUE RAMOS SANTIAGO, et al.
    Plaintiffs

        v.                Civil No. 97-1856(SEC)

WELLCRAFT MARINE CORP.
    Defendants

### ORDER

| MOTION | RULING |
| --- | --- |
| Docket #32<br>Motion for Extension of Time | Moot. |
| Docket #36<br>Motion to Strike Sur-reply | Granted. |
| Docket #37<br>Motion for leave to file sur-reply to reply to opposition to motion for partial summary judgment | Denied. |
| Dockets #39, 41<br>Plaintiffs' motion for setting of a pretrial and settlement conference | Denied, pending the Court's resolution of the pending motion for partial summary judgment. |

DATE: September 30, 1999.

                              SALVADOR E. CASELLAS
                              United States District Judge

