# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



ENRIQUE RAMOS SANTIAGO, et al.
    Plaintiffs

         v.                     Civil No. 97-1856(SEC)

WELLCRAFT MARINE CORP., et al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Docket # 44<br>"Motion for Substitution of Legal Representation" | Noted. |

DATE: April 13, 2000

/s/ SALVADOR E. CASELLAS
United States District Judge

