IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

Date: May 10, 2000

ENRIQUE RAMOS SANTIAGO, et al  *
                               *
    Plaintiffs             *
                               *
vs.                            *       CIVIL NO. 97-1856 (SEC)
                               *
WELLCRAFT MARINE, et al        *
                               *
    Defendants             *
                               *
*******************************

By Order of the Court, **a Pretrial/Settlement Conference** is hereby set for **May 22, 2000 at 2:00 p.m.**

This proceeding will be held before Honorable Salvador E. Casellas.

Kim Flores
Courtroom Deputy Clerk

s/c  Christian M. Echavarri-Junco
     José Fernández-Esteves
     Suzette del Valle-Lecaroz
     Wilfredo Valle Ramón



5