UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
MINUTES OF PROCEEDINGS

CIVIL CASE NO: 97-1856 (SEC)                DATE: May 23, 2000

| | |
|---|---|
| ENRIQUE RAMOS SANTIAGO, et al.<br>    Plaintiffs<br><br>v.<br><br>WELLCRAFT MARINE CORP.<br>    Defendant/Third-Party Plaintiff<br><br>v.<br><br>FELIPE RIVERA CRESPO, et al.<br>    Third-PartyDefendants/Counterclaimants/<br>    Fourth-Party Plaintiffs<br><br>v.<br><br>MARINE CENTER OF THE CARIBBEAN, INC.<br>    Fourth-Party Defendants | Attorneys:<br><br>Jorge M. Suro Ballester, Esq.<br><br><br><br>Christian M. Echevarri-Junco,<br>Antonio L. Roig, Esqs.<br><br><br><br>José L. Fernández Estevez, Esq.<br><br><br><br><br>Wilfredo Valle Ramón, Esq. |

**PRETRIAL AND SETTLEMENT CONFERENCE**

A pretrial and settlement conference was **held** in chambers today. The parties were represented by counsel.

Counsel for Felipe Rivera Crespo clarified that Rivera Crespo's counterclaim was premised on article 1802 of the Civil Code of Puerto Rico.

The Court granted Wellcraft until **June 22, 200**, to submit its amended expert report, and to depose plaintiffs' expert exclusively as to new matters raised in Wellcraft's amended expert report. Wellcraft shall also have until **June 22, 2000**, to conduct a physical examination of the boat.

The Court set a further pretrial and settlement conference for **June 1, 2000, at 4:00 p.m.**, at which time a trial date will be set.

*SALVADOR E. CASELLAS*
U.S. District Judge