IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ENRIQUE RAMOS SANTIAGO, ET AL

    Plaintiff(s)

vs                                                                                  CIVIL NO. 97-1856(SEC)

WELLCRAFT MARINE CORP., ET AL                          Plaintiffs demand trial by jury

    Defendant(s)

---

## ORDER

A hearing on plaintiffs' Motion Informing Settlement Agreement and Requesting Judicial Authorization to Settle the Claims of the Two Minor Plaintiffs filed on June 7, 2000 was held on June 22, 2000 at 2:00 p.m. Each of the plaintiffs, including minors Joel Enrique Ramos Ortiz age 17 and Laura Yarí Ramos Ortiz age 14, and their attorney Jorge Miguel Suro Ballester were present.

The minors and their parents were examined by their attorney and by the Court. On June 1, 2000 plaintiffs reached a Settlement Agreement with defendant Wellcraft Marine Corp. for the amount of $128,000, of which minor plaintiffs Joel Enrique Ramos Ortiz (17 years old) and Laura Yarí Ramos Ortiz (14 years old) were each to receive $2,000. The Settlement Agreement is conditioned on the approval by this Court of the amount assigned to each minor.

The only plaintiff who was present at the accident site and who was injured as a result of the accident is Enrique Ramos Santiago. During the boating accident that gave rise to this product liability action, Mr. Ramos Santiago's liver and spleen were lacerated as a result of

AO 72A
(Rev. 8/82)

which he had intra-abdominal massive hemorrhaging and went into shock. He remained hospitalized for 15 days and had to spend the next 45 days in bed. He has been left with a 12 inch abdominal scar.

Given that the minor plaintiffs were not involved in the accident; that they did not seek or received any medical attention as a result of the injuries sustained by their father during the accident; that their school work was not affected; and, that their social life continued to be as it was before the accident, the Court finds that the sum of $2,000 assigned to each minor out of the global settlement of $128,000 is reasonable and fairly compensates each minor for his/her suffering. Inasmuch as Mr. Suro Ballester has offered to waive his 25% attorney fee, each minor will receive a net compensation of $2,000. These monies will be deposited with the Clerk of the Court in an interest bearing account until each minor reaches age 21 or until for good cause the Court allows the withdrawal of the funds.

SO ORDERED.

In San Juan, Puerto Rico, this 22nd day of June, 2000.

SALVADOR E. CASELLAS
United States District Judge

2

AO 72A
(Rev. 8/82)