IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ENRIQUE RAMOS SANTIAGO, NANCY
ORTIZ ORTIZ, PERSONALLY, ON
BEHALF OF THEIR CONJUGAL
PARTNERSHIP AND ON BEHALF OF
THEIR MINOR CHILDREN JOEL
ENRIQUE RAMOS ORTIZ AND LAURA
YARI RAMOS ORTIZ                CIVIL NO. 97-1856 (SEC)

   Plaintiffs

   v.

WELLCRAFT MARINE CORP.

   Defendants
-------------------------------
WELLCRAFT MARINE CORP.

   Third Party Plaintiff

   v.

FELIPE RIVERA CRESPO, MARIA
DEL CARMEN REYES AND THE
CONJUGAL PARTNERSHIP COMPRISED
BY BOTH

   Third Party Defendants



## JUDGMENT

The parties hereto having filed a joint Stipulation for Entry of Judgment, and the Court having been duly advised, it is hereby:

ORDERED, ADJUDGED AND DECREED: that the joint Stipulation for Entry of Judgment shall be hereby approved; and it is further



-2-

ORDERED, that Judgment be and is hereby entered, dismissing the complaint herein, with prejudice, and without the imposition of attorney's fees upon any party hereto, and it is further

ORDERED, that the instant Judgment shall be final and unappealable immediately upon its entry.

In San Juan, Puerto Rico, this 19 day of July, 2000.

_____
Salvador E. Casellas
United States District Judge



-2-