UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAMOS SANTIAGO, et al.
    Plaintiffs
        v.                    Civil No. 97-1856(SEC)
WELLCRAFT MARINE
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| Docket # 59<br>Motion for Withdrawal of Funds | GRANTED |

DATE: October 23, 2003

SALVADOR E. CASELLAS
United States District Judge