Laura Y. Ramos
21327 Calle Rancho Vega II
Cayey, P.R. 00736
November 13, 2007

Federal Court
Hato Rey, P.R.
Reference Case: Enrique Ramos Etal VS Wellcraft Marine Corp. Minor Laura Ramos, Case 97CV1856

Dear Federal Court:

My name is Laura Y. Ramos and I would like to withdraw the money corresponding to the reference case 97CV1856.

I'm attaching my certification of birth as it is required to do the withdrawal.

Thank you.

*[signature]*

Laura Y. Ramos
(787)595-2256

RECEIVED AND FILED
2007 NOV 13 PM 3: 11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.