# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## (COMMONWEALTH OF PUERTO RICO)

DEPARTAMENTO DE SALUD
(DEPARTMENT OF HEALTH)

REGISTRO DEMOGRAFICO
(DEMOGRAPHIC REGISTRY)

CERTIFICACION DE NACIMIENTO
(CERTIFICATION OF BIRTH)

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-85-02046-037051-072065

NOMBRE DEL INSCRITO (NAME OF REGISTRANT)
LAURA YARI RAMOS ORTIZ

DOMICILIO (DWELLING HOUSE)
CAGUAS, PUERTO RICO

FECHA NACIMIENTO (BIRTHDATE)        FECHA INSCRIPCION (REGISTRATION DATE)
27 JUL 1985                         09 AGO 1985

LUGAR NACIMIENTO (BIRTHPLACE)                               SEXO (SEX)
RIO PIEDRAS, PUERTO RICO                                    F

NOMBRE DEL PADRE (FATHER'S NAME)                            EDAD (AGE)
ENRIQUE RAMOS                                               25

LUGAR NACIMIENTO DEL PADRE (FATHER'S BIRTHPLACE)
CAYEY, PUERTO RICO

NOMBRE DE LA MADRE (MOTHER'S NAME)                          EDAD (AGE)
NANCY ORTIZ                                                 27

LUGAR NACIMIENTO DE LA MADRE (MOTHER'S BIRTHPLACE)
CAYEY, PUERTO RICO

FECHA EXPEDICION (DATE ISSUED)
20 ABR 1995

*************************************************************

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE NACIMIENTO OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE RECORD FILED IN THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24, APRIL 22, 1931



SECRETARIO DE SALUD
(SECRETARY OF HEALTH)

DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)



$2. A $2
11251822
DISTRITO NUM.
0072
11251822
$2. A $2

**ADVERTENCIA:** Cualquier alteración o borradura cancela ésta certificación.

**WARNING:** Any alteration or erasure voids this certification.